FILED
CLERK, U.S. DISTRICT COURT
JUL 13 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Armando Arcos Montejo<br><br>　　　　Defendant. | CR 12-01099-MMM-8<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)　(✓)　the appearance of defendant as required; and/or

(B)　(✓)　the safety of any person or the community.

//

//

1       The court concludes:

2   A.   ( )   Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:
5            _____Defendant submits on detention._____
6            _____
7            _____
8            _____
9

10  (B)  ( )   Defendant is a flight risk because defendant has not shown by clear
11           and convincing evidence that:
12           _____Defendant submits on detention and, given_____
13           _____defendant's immigration status and prior deportation,_____
14           _____the Court is not_____
15           _____
16

17       IT IS ORDERED that defendant be detained.
18
19  DATED: 7/13/15
20
21
22
23                              _____
                                JOHN E. MCDERMOTT
24                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28